through 455.090, RSMo Cum.Supp.2008 [1]. Appellant argues that in granting a full order of protection the trial court erred by: (1) improperly admitting cultural evidence of "honor killings" in Punjab, India because such evidence was not logically relevant and there was an insufficient connection between the cultural evidence and the incident; (2) improperly admitting cultural evidence of "honor killings" in Punjab, India because such evidence was not logically relevant and any probative value was outweighed by the prejudicial effect of intangible allegations of a threat of "honor killings;" (3) improperly admitting cultural evidence of "honor killings" in Punjab, India because such evidence was not included in the pleadings and was first introduced at trial. In addition, Appellant argues the trial court erred in granting a full order of protection because such an order was not supported by substantial evidence of abuse or stalking in that the evidence against Appellant did not show he assaulted Victim or that Victim had a reasonable fear of harm from Appellant.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

**K.N., Respondent,**

v.

**S.P.S., Appellant.**

**No. ED 95987.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 24, 2012.

Scott Simpson, St. Charles, MO, for Appellant.

Jonathan D. Marks, St. Louis, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J. and MARY K. HOFF and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Sumeet Pal Singh ("Appellant") appeals from the judgment of the trial court granting N.K.'s ("Victim") request for a full order of protection pursuant to the Adult Abuse Act, Sections 455.005 through 455.090, RSMo Cum.Supp.2008 [1]. Appellant argues that in granting a full order of protection the trial court erred by: (1) improperly admitting cultural evidence of "honor killings" in Punjab, India because such evidence was not logically relevant and there was an insufficient connection between the cultural evidence and the incident; (2) improperly admitting cultural evidence of "honor killings" in Punjab, India because such evidence was not logically relevant and any probative value

---

1. All further statutory references are to RSMo Cum.Supp.2008.

1. All further statutory references are to RSMo Cum.Supp.2008.

was outweighed by the prejudicial effect of intangible allegations of a threat of "honor killings;" (3) improperly admitting cultural evidence of "honor killings" in Punjab, India because such evidence was not included in the pleadings and was first introduced at trial. In addition, Appellant argues the trial court erred in granting a full order of protection because such an order was not supported by substantial evidence of abuse or stalking in that the evidence does not show Victim had a reasonable fear of harm from Appellant when no past or present violence occurred.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Kenneth BALL, Appellant.**

**No. ED 96284.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 24, 2012.

Brocca Smith, Public Defender, MO Public Defender Office, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Mary H. Moore, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., KENNETH M. ROMINES, J., and ROBERT M. CLAYTON, J.

### *ORDER*

PER CURIAM.

Kenneth Ball (Appellant) appeals the Judgment of the Circuit Court of the City of St. Louis, the Honorable Thomas J. Frawley presiding. Appellant was convicted by a jury of one count of second-degree assault. The court sentenced Appellant to four years incarceration.

On appeal, Appellant argues that the trial court erred in overruling his objection to testimony by the nurse practitioner who treated the victim that the victim's injuries were consistent with being hit, kicked, and punched. We have reviewed the briefs and the Record on Appeal and find no error of law in this case. Thus, a written opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 30.25(b).

AFFIRMED.